[No. 36173-6-II.  Division Two.  April 8, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. KIRK DUFFY SELFRIDGE, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-00387-8, Anna M. Laurie, J., entered March 23, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[Nos. 36182-5-II; 36210-4-II.  Division Two.  April 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TIKI TARU MCCOLLUM ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Pierce County, No. 06-1-04524-8, Lisa R. Worswick, J., entered April 13, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Quinn-Brintnall, J.

[No. 36193-1-II.  Division Two.  April 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS LOPEZ FORD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02907-2, Kathryn J. Nelson, J., entered March 30, 2007. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 36327-5-II.  Division Two.  April 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON MICHAEL SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 07-8-00010-4, E. Thompson Reynolds, J., entered April 11, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.